**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-2216

KUANG BAO OU-YOUNG,

Plaintiff - Appellant,

v.

JOHN G. ROBERTS, JR.; ANTHONY M. KENNEDY; STEPHEN BREYER; RUTH BADER GINSBURG; SAMUEL A. ALITO; MAXINE M. CHESNEY; WILLIAM H. ORRICK; LUCY H. KOH; BETH LABSON FREEMAN; D. LOWELL JENSEN; TERRENCE W. BOYLE; JOSEPH C. SPERO; SUSAN VAN KEULEN; SUSAN Y. SOONG; ALEX G. TSE; BRIAN J. STRETCH; BARBARA J. VALLIERE; DANIEL KALEBA; SHIAO LEE; MAIA PEREZ; DONALD M. O'KEEFE; ROBERT D. PETTIT; MARC A. HARWELL; CHRIS YAMAGUCHI; MARY GUTTORUSON; J. C. HOLLAND; T. SMITH; A. W. RUPSKA; L. WHEAT; R. KOCH; JOSEPH S. ZONNO; L. GRADDY; CHARLES L. GRIFFIN; J WIGGINS; JAMES MCNAIR THOMPSON,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (5:18-ct-03272-D)

Submitted: March 10, 2020                     Decided: March 12, 2020

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kuang Bao Ou-Young, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kuang Bao Ou-Young appeals the district court's order dismissing his 42 U.S.C. § 1983 (2018) complaint without prejudice for failure to comply with the court's previous order directing him to file a signed amended complaint and proposed summonses within 21 days of the court's order.[*] *See* Fed. R. Civ. P. 41(b). We review a district court's dismissal under Rule 41(b) for abuse of discretion. *Simpson v. Welch*, 900 F.2d 33, 35-36 (4th Cir. 1990). We have reviewed the record and find no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. *Ou-Young v. Roberts, Jr.*, No. 5:18-ct-03272-D (E.D.N.C. Oct. 2, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Because the district court dismissed Ou-Young's action "for procedural reasons unrelated to the contents of the pleadings," we have jurisdiction over this appeal. *Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 624 (4th Cir. 2015).